Carla M. Wirtschafter (SBN 292142)
Email: cwirtschafter@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067-6078
Telephone: (310) 734-5200
Facsimile: (310) 734-5299

James T. Hultquist (*pro hac vice*)
Email: jhultquist@reedsmith.com
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: (312) 207-1000
Facsimile: (312) 207-6400

Attorneys for Plaintiffs
Philips North America LLC, Koninklijke Philips N.V., and Philips India, Ltd.

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC, a Delaware Company, KONINKLIJKE PHILIPS N.V., a Company of the Netherlands, and PHILIPS INDIA, LTD., an Indian Company,<br><br>  Plaintiffs,<br>vs.<br>KPI HEALTHCARE INC., a California Corporation; KPI HEALTHCARE ECOMMERCE, INC., a California Corporation; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No.: 8:19-cv-01765-JVS-JDE<br><br>*[Hon. James V. Selna]*<br><br>**JUDGMENT**<br><br>First Amended Complaint Filed: December 3, 2019 |

**JUDGMENT**

Pursuant to the Court's Order granting in part Plaintiffs Philips North America LLC, Koninklijke Philips N.V., and Philips India, Ltd.'s ("Plaintiffs") Motion for Default Judgment [Dkts. 169, 178, 180], **IT IS HEREBY ORDERED THAT:**

1) Judgment is entered in favor of Plaintiffs, and jointly and severally against KPI Healthcare Inc. and KPI Healthcare eCommerce, Inc. aka O2 Lifecare Inc. in the amount of $36,298,426.

2) Judgment further is entered in favor of Plaintiffs, and jointly and severally against KPI Healthcare Inc. and KPI Healthcare eCommerce, Inc. aka O2 Lifecare Inc. awarding Plaintiffs their attorney's fees in the amount of $1,224,285.45 and their costs in the amount of $71,238.50.

3) This Judgment amount will bear interest as set forth in 28 U.S.C. § 1961 until paid.

4) Nothing herein is intended to limit Plaintiffs' application for such post judgment relief as may be available on an appropriate showing

**IT IS SO ORDERED.**

Dated: September 10, 2021

The Honorable James V. Selna
United States District Court Judge