| | |
|---|---|
| Carla M. Wirtschafter (SBN 292142)<br>Email: cwirtschafter@reedsmith.com<br>REED SMITH LLP<br>1901 Avenue of the Stars, Suite 700<br>Los Angeles, CA 90067-6078<br>Telephone: (310) 734-5200<br>Facsimile: (310) 734-5299 | James T. Hultquist (*pro hac vice*)<br>Email: jhultquist@reedsmith.com<br>10 South Wacker Drive, 40th Floor<br>Chicago, IL 60606-7507<br>Telephone: (312) 207-1000<br>Facsimile: (312) 207-6400 |

Attorneys for Plaintiffs
Philips North America LLC, Koninklijke
Philips N.V., and Philips India, Ltd.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC, a Delaware Company, KONINKLIJKE PHILIPS N.V., a Company of the Netherlands, and PHILIPS INDIA, LTD., an Indian Company,<br>                    Plaintiffs,<br>    vs.<br>KPI HEALTHCARE INC., a California Corporation; KPI HEALTHCARE ECOMMERCE, INC., a California Corporation; and DOES 1-10, inclusive,<br>                    Defendants. | Case No.: 8:19-cv-01765-JVS-JDE<br><br>*[Hon. James V. Selna]*<br><br>**AMENDED JUDGMENT**<br><br>First Amended Complaint Filed: December 3, 2019 |

# AMENDED JUDGMENT

Pursuant to the Court's Order granting in part Plaintiffs Philips North America LLC, Koninklijke Philips N.V., and Philips India, Ltd.'s ("Plaintiffs") Motion for Default Judgment [Dkts. 169, 178, 180], and Order Granting Plaintiffs' Motion to Add Steven Sangwon Minn as a Judgment Debtor [Dkts. 206, 219], **IT IS HEREBY ORDERED THAT** the Judgment entered at Dkt. 184 be amended as follows:

1) Judgment is entered in favor of Plaintiffs, and jointly and severally against KPI Healthcare Inc., KPI Healthcare eCommerce, Inc. aka O2 Lifecare Inc., and Steven Sangwon Minn (aka Steven S. Minn, Steve S. Minn, Steve Minn and Steven Minn) in the amount of $36,298,426.

2) Judgment further is entered in favor of Plaintiffs, and jointly and severally against KPI Healthcare Inc., KPI Healthcare eCommerce, Inc. aka O2 Lifecare Inc., and Steven Sangwon Minn (aka Steven S. Minn, Steve S. Minn, Steve Minn and Steven Minn) awarding Plaintiffs their attorney's fees in the amount of $1,224,285.45 and their costs in the amount of $71,238.50.

3) This Judgment amount will bear interest as set forth in 28 U.S.C. § 1961 until paid.

4) Nothing herein is intended to limit Plaintiffs' application for such post judgment relief as may be available on an appropriate showing.

**IT IS SO ORDERED.**

Dated: January 19, 2022

_____
The Honorable James V. Selna
United States District Court Judge