Carla M. Wirtschafter (SBN 292142)
Email:  cwirtschafter@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA  90067-6078
Telephone:  (310) 734-5200
Facsimile:   (310) 734-5299

James T. Hultquist (*pro hac vice*)
Email: jhultquist@reedsmith.com
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: (312) 207-1000
Facsimile: (312) 207-6400

Attorneys for Plaintiffs
Philips North America LLC, Koninklijke
Philips N.V., and Philips India, Ltd.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

|  |  |
|---|---|
| PHILIPS NORTH AMERICA LLC, a Delaware Company, KONINKLIJKE PHILIPS N.V., a Company of the Netherlands, and PHILIPS INDIA, LTD., an Indian Company,<br><br>     Plaintiffs,<br><br>  vs.<br><br>KPI HEALTHCARE INC., a California Corporation; KPI HEALTHCARE ECOMMERCE, INC., a California Corporation; and DOES 1-10, inclusive,<br><br>     Defendants. | Case No.: 8:19-cv-01765-JVS-JDE<br><br>*[Hon. James V. Selna]*<br><br>**AMENDED JUDGMENT**<br><br>Amending Judgment Entered on January 19, 2022 [Dkt. 221] |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**AMENDED JUDGMENT**

Pursuant to the Court's Order granting in part Plaintiffs Philips North America LLC, Koninklijke Philips N.V., and Philips India, Ltd.'s ("Plaintiffs") Motion for Default Judgment [Dkts. 169, 178, 180], the Order Granting Plaintiffs' Motion to Add Steven Sangwon Minn as a Judgment Debtor [Dkts. 206, 219], the Amended Judgment [Dkt. 22] and the Motion to Add O2 Lifecare, LLC as a judgment debtor [Dkt. 249], **IT IS HEREBY ORDERED THAT** the Amended Judgment entered at Dkt. 221 be amended as follows:

1) Judgment is entered in favor of Plaintiffs, and jointly and severally against KPI Healthcare Inc., KPI Healthcare eCommerce, Inc. aka O2 Lifecare Inc., Steven Sangwon Minn (aka Steven S. Minn, Steve S. Minn, Steve Minn and Steven Minn) and O2 Lifecare, LLC in the amount of $36,298,426.

2) Judgment further is entered in favor of Plaintiffs, and jointly and severally against KPI Healthcare Inc., KPI Healthcare eCommerce, Inc. aka O2 Lifecare Inc., Steven Sangwon Minn (aka Steven S. Minn, Steve S. Minn, Steve Minn and Steven Minn) and O2 Lifecare, LLC awarding Plaintiffs their attorney's fees in the amount of $1,224,285.45 and their costs in the amount of $71,238.50.

3) This Judgment amount will bear interest as set forth in 28 U.S.C. § 1961 until paid.

4) Nothing herein is intended to limit Plaintiffs' application for such post judgment relief as may be available on an appropriate showing.

**IT IS SO ORDERED.**

Dated: August 16, 2022

_____
The Honorable James V. Selna
United States District Court Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware